FIRST NATIONAL BANK OF NEENAH, Appellant, vs. W. J. DURHAM LUMBER COMPANY, Respondent.

FIRST NATIONAL BANK OF MENASHA, Appellant, vs. SAME, Respondent.

MARSHALL & ILSLEY BANK, Appellant, vs. SAME, Respondent.

*June 25—October 9, 1934.*

For the appellants there was a brief by *Bouck, Hilton, Kluwin & Dempsey* of Oshkosh, and oral argument by *Ray C. Dempsey*.

For the respondents there was a brief by *La Follette, Rogers & Roberts*, and oral argument by *Philip F. La Follette* and *Gordon Sinykin*, all of Madison.

ROSENBERRY, C. J. These cases were submitted on the 25th day of June, 1934. A motion for rehearing in *Hanauer v. Republic Building Co., ante,* p. 49, 255 N. W. 136, 256 N. W. 784, was then pending. We have considered these cases and the motion for rehearing in the *Hanauer Case* together. After full reconsideration, we adhere to the determination made in the *Hanauer Case* that sec. 269.58, Stats., is invalid because in conflict with the provisions of the constitution of the United States in the particulars set forth in the memorandum filed in the *Hanauer Case,* on motion for rehearing, to which reference is hereby made. The section being unconstitutional, other questions raised need not be considered nor discussed. Our conclusion requires a reversal of the order appealed from.

*By the Court.*—The order appealed from in each case is reversed, and cause remanded with directions to sustain the demurrer and for further proceedings according to law.